



# MEMORANDUM OPINION

No. 04-11-00580-CV

Charles W. **REHFELD**, and All other occupants of 3293 East Loop 1604 South, Atkins Texas 78101,
Appellants

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 367969
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  August 31, 2011

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, which has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  See TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellants.

PER CURIAM